AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

Dallas Lucas and Donald Lentnek as Trustees of
the Local 670 Welfare Fund et al.

V.

Throgs Neck Operating Company, LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 CV 5977

## JUDGE CEDARBAUM

TO: (Name and address of Defendant)

Throgs Neck Operating Company, LLC
707 Throgs Neck Expressway
Bronx, New York 10465

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Richard M. Greenspan, P.C.
220 Heatherdell Road
Ardsley, New York 10502
(914) 478-2801

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                   JUN 2 2 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

| | | |
|---|---|---|
| STATE OF NEW YORK<br>DISTRICT COURT<br>DISTRICT: SOUTHERN DISTRICT OF NEW YORK | COUNTY OF | INDEX # : 07 CV 5977<br>Date Filed: June 22, 2007 |

ATTORNEY(S): Richard M. Greenspan, P.C.:   PH: (914)478-2801
ADDRESS: 220 Heatherdell Road  Ardsley  NY  10502   File No.:

*Dallas Lucas and Donald Lentnek as Trustees of the Local 670 Welfare Fund, et al*

Plaintiff(s)/Petitioner(s)

vs

*Throgs Neck Operating Company, LLC et al*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:   **AFFIDAVIT OF SERVICE**

Thomas G. Russo, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On July 11, 2007 at 4:25pm, at 707 Throgs Neck Expressway, Bronx, NY 10465, deponent served the within Summons in a Civil Action and Complaint

on: **Throgs Neck Operating Company, LLC**, **Defendant** therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering thereat a true copy of each to George Stopes personally, deponent knew the person so served to be the managing agent of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** ☐ On ___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male   Color of skin: White   Color of hair: Brown/Gray   Age: 51 - 65 Yrs.   Height: Over 6'
Weight: 161 - 200 Lbs.   Other Features: ___

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** ☐

Sworn to before me on  July 12, 2007

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

Thomas G. Russo
Server's Lic # 1076023
Invoice•Work Order # 0708940

*INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225*