CEDARBAUM, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Dallas Lucas and Donald Lentnek, as
Trustees of the Local 670 Welfare
Fund, et al.,
          Plaintiffs,

   -against-                        STIPULATION EXTENDING
                                        TIME TO ANSWER
Throgs Neck Operating Company, LLC,    07-CV-5977(MGC)
Et al.,
          Defendant.
----------------------------------------X

It is hereby agreed by and between the under-signed attorneys for the Plaintiffs and Defendant that Defendant's time to answer the Complaint or to otherwise move is extended for twenty-one (21) days, from July 30, 2007 until August 20, 2007.

_____
Julie Pearlman Schatz (JS6474)
Law Offices of Richard M. Greenspan, P.C.
Attorneys for Plaintiffs
220 Heatherdell Road
Ardsley, New York 10502
(914) 478-2801

_____
Clifford P. Chaiet (CC0609)
Naness, Chaiet & Naness LLC
Attorneys for Defendant
375 North Broadway, Suite 208
Jericho, New York 11753
(516) 827-4300

SO ORDERED:

_____
Miriam Goldman Cedarbaum
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07